No. 629. HARRIS, ADMINISTRATOR, *v.* ZION'S SAVINGS BANK & TRUST CO. See *ante,* p. 541.

No. 922. CONNOR *v.* CALIFORNIA ET AL. See *ante,* p. 542.

No. 844. MYERS *v.* AMERICAN WELL WORKS. April 14, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Warren G. Myers, pro se.*

No. 852. CAHILL *v.* STATE OF NEW YORK. April 14, 1941. Petition for writ of certiorari to the Court of Appeals of the State of New York, and motion for leave to proceed further *in forma pauperis,* denied. *James Cahill, pro se.*

No. 815. SEMINOLE NATION *v.* UNITED STATES. April 14, 1941. Petition for writ of certiorari to the Court of Claims denied. *Mr. Paul M. Niebell* for petitioner. *Solicitor General Biddle* for the United States.